Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Victor Bao*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BAO, derivatively on behalf of ALPHABET INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE E. PAGE, SUNDAR PICHAI, RUTH M. PORAT, SERGEY BRIN, ERIC E. SCHMIDT, L. JOHN DOERR, ROGER W. FERGUSON, JR., DIANE B. GREENE, JOHN L. HENNESSY, ANN MATHER, ALAN R. MULALLY, and K. RAM SHRIRAM,<br><br>Defendants,<br><br>and<br><br>ALPHABET INC.,<br><br>Nominal Defendant. | Case No.: 4:19-cv-00314-JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL<br><br><br><br>Date Action Filed: January 18, 2019<br>Judge: Hon. Jeffrey S. White |

Plaintiff Victor Bao ("Plaintiff"), individual defendants Lawrence E. Page, Sundar Pichai, Ruth M. Porat, Sergey Brin, Eric E. Schmidt, L. John Doerr, Roger W. Ferguson, Jr., Diane B. Greene, John L. Hennessy, Ann Mather, Alan R. Mulally, and K. Ram Shriram, and nominal defendant Alphabet Inc. ("Alphabet") hereby stipulate and agree as follows:

WHEREAS, the above-captioned stockholder derivative action, brought on behalf of Alphabet, was commenced on January 18, 2019 (the "Action");

WHEREAS, other related stockholder derivative actions were brought on behalf of Alphabet, including (i) four other cases pending in this Court, captioned *Cordeiro v. Page, et al.*, Case No. 4:19-cv-00447-JSW (N.D. Cal.), *Galbiati v. Page, et al.*, Case No. 4:19-cv-01063-JSW (N.D. Cal.), *Green, et al. v. Page, et al.*, Case No. 4:19-cv-01165-JSW (N.D. Cal.), and *Lipovich v. Page, et al.*, Case No. 4:19-cv-01295-JSW (N.D. Cal.); (ii) *In re Alphabet, Inc. S'holder Derivative Litig.*, Lead Case No. 19CV341522 (Cal. Super. Ct. Santa Clara Cnty.) (the "California State Action"); and (iii) *Irving Firemen's Relief & Ret. Fund v. Page, et al.*, Case No. 2019-0355-SG (Del. Ch.) (collectively, these derivative actions are referred to herein as the "Derivative Actions");

WHEREAS, on August 20, 2020, the parties to the Derivative Actions executed a formal stipulation of settlement to resolve the claims in all of the Derivative Actions and agreed to file and seek approval of the settlement in the California State Action;

WHEREAS, on October 22, 2020, Judge Brian C. Walsh entered an order in the California State Action preliminarily approving the settlement and ordering that notice of the settlement be provided to Alphabet stockholders;

WHEREAS, notice of the settlement was provided to Alphabet stockholders in accordance with the preliminary approval order in the California State Action;

WHEREAS, on November 30, 2020, following a settlement fairness hearing, Judge Walsh entered an Order After Hearing on November 30, 2020 and Judgment (the "Judgment," attached hereto as Exhibit A), granting final approval of the underlying settlement of the California State Action and finding that the settlement was fair, reasonable, and adequate (Judge Walsh continued the hearing on the issue of plaintiffs' counsel's attorneys' fees, which issue does not affect the finality of the underlying settlement); and

WHEREAS, pursuant to the terms of the stipulation of settlement, Plaintiff shall dismiss this Action with prejudice.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and among the parties, by and through their respective counsel of record, as follows:

1. The Action is dismissed with prejudice; and

2. The parties agree that except as otherwise set forth in the Stipulation and/or ultimately ordered by the court in the California State Action, each side shall bear his, her, or its own fees, costs, and expenses.

**IT IS SO STIPULATED.**

Dated: December 21, 2020        **THE ROSEN LAW FIRM, P.A.**
                                Laurence M. Rosen, Esq. (SBN 219683)


                                        /s/ Laurence M. Rosen
                                    LAURENCE M. ROSEN

                                355 South Grand Avenue, Suite 2450
                                Los Angeles, CA 90071
                                Telephone: (213) 785-2610
                                Facsimile: (213) 226-4684
                                Email: lrosen@rosenlegal.com

                                *Counsel for Plaintiff Victor Bao*

Dated: December 21, 2020        **WILSON SONSINI GOODRICH & ROSATI**
                                Professional Corporation


                                        /s/ Benjamin M. Crosson
                                    BENJAMIN M. CROSSON

                                650 Page Mill Road
                                Palo Alto, CA 94304-1050
                                Telephone: (650) 493-9300
                                Facsimile: (650) 565-5100
                                bcrosson@wsgr.com

                                *Counsel for Defendants Lawrence E. Page,*
                                *Sundar Pichai, Ruth M. Porat, Sergey Brin,*
                                *Eric E. Schmidt, L. John Doerr, Roger W.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Ferguson, Jr., Diane B. Greene, John L. Hennessy, Ann Mather, Alan R. Mulally, K. Ram Shriram, and Nominal Defendant Alphabet Inc.*

**SIGNATURE ATTESTATION**

I, Laurence M. Rosen, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Dismissal.  In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 21, 2020                             /s/ Laurence M. Rosen
                                                     LAURENCE M. ROSEN

****

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 4, 2021                     _[signature: Jeffrey S. White]_
                                            HONORABLE JEFFREY S. WHITE
                                            UNITED STATES DISTRICT COURT